Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Stacy M. Newman
Assistant Federal Public Defender
Nevada Bar No. 14245
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Stacy_Newman@fd.org

*Attorney for Petitioner Santos Perez Ramirez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Santos Perez Ramirez,

        Petitioner,

    v.

Todd Blanche[1], *et al.*,

        Respondents.

Case No. 2:26-cv-00916-JAD-DJA

**Stipulation to Extend Time to File Amended Petition (First Request)**

    Petitioner Santos Perez Ramirez and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, or a motion to dismiss, moving the deadline one week to May 1, 2026.

    This stipulation is warranted because the Petitioner has just obtained relevant records that undersigned counsel must carefully review and consult with

---

[1] Acting Attorney General Todd Blanche is automatically substituted in place of Pamela Bondi. *See* Fed. R. Civ. P. 25(d).

Petitioner about. Currently, the amended petition is due on April 24, 2026. *See* ECF No. 3. This is the first request for an extension of time for this deadline.

On April 22, 2026, Ms. Newman conferred with counsel for Respondents, Deputy Civil Chief Tamer B. Botros. Mr. Botros agreed to this 7-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Ramirez to file an amended petition to May 1, 2026.

Respectfully submitted this 24th day of April, 2026.

TODD BLANCHE
Acting Attorney General of the
United States
SIGAL CHATTAH, First Assistant
United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney
Deputy Civil Chief

*/s/ Stacy M. Newman*
Stacy M. Newman

Assistant Federal Public Defender

## ORDER

Based on the parties' stipulation and with good cause appearing, the stipulation to extend time to file an amended petition or motion to dismiss [ECF No. 7] is GRANTED. The **amended petition or motion to dismiss is now due on May 1, 2026.**

_____
UNITED STATE DISTRICT JUDGE


DATED: __April 24, 2026_____